UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CORY HEMRICH and ) | |
| COOPER OGBORN, Individually and ) | |
| on behalf of all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:15-CV-445-DRH-SCW |
| vs. ) | |
| ) | |
| DRAFTKINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION TO STRIKE DEFENDANT'S REPLY BRIEF IN SUPPORT
OF MOTION TO DISMISS**

Defendant DraftKings, Inc. ("DraftKings") responds in opposition to Plaintiffs' Motion to Strike Defendant's Reply Brief in Support of Motion to Dismiss (Doc. No. 32) as follows:

DraftKings expressly stated the exceptional circumstances supporting the filing of its Reply in the first paragraph of that Reply as required by Local Rule 7.1(c). Those exceptional circumstances were the necessity "to correct significant misstatements of law and address new arguments raised in Plaintiffs' Opposition." The remainder of the Reply set forth the specific misstatements of law and addressed the new arguments raised in Plaintiffs' Opposition. DraftKings will not needlessly duplicate those same arguments here, especially in light of the fact that this Court's local rules, by prohibiting sur-reply briefs, do not envision additional briefing after a reply brief is filed.

This Court is fully able to review the Reply Brief and determine whether exceptional circumstances warranted its filing, and DraftKings respectfully submits that such exceptional circumstances do exist.

1

WHEREFORE, Defendant DraftKings, Inc. prays that this Court enter an Order denying Plaintiffs' Motion to Strike Defendant's Reply Brief in Support of Motion to Dismiss.

DATED: September 28, 2015              Respectfully submitted,

HEPLERBROOM LLC

By:__/s/ W. Jason Rankin_____
Theodore J. MacDonald, Jr.   #3125246
      email: tjm@heplerbroom.com
W. Jason Rankin              #6237927
      email: wjr@heplerbroom.com
130 North Main Street
P.O. Box 510
Edwardsville, Illinois 62025
618-656-0184 telephone
618-656-1364 fax

GIBSON DUNN & CRUTCHER LLP
James P. Fogelman, admitted *pro hac vice*
      email: jfogelman@gibsondunn.com
Austin V. Schwing, admitted *pro hac vice*
      email: aschwing@gibsondunn.com
Timothy W. Loose, admitted *pro hac vice*
      email: tloose@gibsondunn.com
333 S Grand Avenue
Los Angeles, California 90071
213-229-7000 telephone
213-229-7520 fax

Attorneys for Defendant, DraftKings, Inc.

## PROOF OF SERVICE

  I hereby certify that I electronically filed on September 28, 2015, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ATTORNEY FOR **PLAINTIFFS** ....................................................... Anthony S. Bruning
                              Richard S. Cornfeld

          */s/ W. Jason Rankin*