UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CORY HEMRICH and COOPER OGBORN | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No.: 3:15-CV-00445-DRH-SCW |
| DRAFTKINGS, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STAY PROCEEDING PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

COME NOW Plaintiffs, Cory Hemrich and Cooper Ogborn, and request the Court extend the deadline to file their response to Defendant's Motion to Stay Proceeding Pending a Decision by the Judicial Panel on Multidistrict Litigation.

1. The Proceedings:

    a. On April 21, 2015, Plaintiffs filed a Class Action Complaint against DraftKings in this Court.

    b. On October 23, 2015, Defendant filed a Motion to Stay Proceeding Pending a Decision by the Judicial Panel on Multidistrict Litigation.

2. Plaintiffs request this Court to extend the deadline to respond to the Motion to Stay Proceeding Pending a Decision by the Judicial Panel on Multidistrict Litigation up to and including November 19, 2015.

3. Defendant has informed Plaintiffs that it does not oppose this request.

4. Plaintiffs do not make this request for purpose of delay.

WHEREFORE, Plaintiffs, with the agreement and consent of Defendant, ask the Court to extend the time for Plaintiffs to file their response to Defendant's Motion to Stay Proceeding

Pending a Decision by the Judicial Panel on Multidistrict Litigation up to and including November 19, 2015.

        LERITZ, PLUNKERT & BRUNING, P.C.

        /s/ Anthony S. Bruning
        Anthony S. Bruning, #6181668
        Email: abruning@leritzlaw.com
        Anthony S. Bruning Jr., #6294898
        Email: ajbruning@leritzlaw.com
        555 Washington Avenue, Suite 600
        St. Louis, MO 63101
        314-231-9600 telephone
        314-231-9480 fax

        LAW OFFICE OF RICHARD S. CORNFELD

        /s/ Richard S. Cornfeld
        Richard S. Cornfeld
        Email: rcornfeld@cornfeldlegal.com
        1010 Market Street, Suite 1720
        St. Louis, MO 63101
        314-241-5799 telephone
        314-241-5788 fax

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the United States District Court this 5th day of November, 2015, with service upon the following via operation of the Court's electronic filing system:

James P. Fogleman
Timothy W. Loose
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7000
Fax:  23-229-7520
Jofogleman@gibsondunn.com
tloose@gibsondunn.com

Austin Schwing
Gibson, Dunn & Crutcher, LLP
555 Mission St., Ste. 3000
San Francisco, CA 94105
415-393-8200
aschwing@gibsondunn.com
Theodore J. MacDonald, Jr.

HeplerBroom, LLC
One Metropolitan Square
211 North Broadway, Ste. 2700
St. Louis, MO 63102
314-241-6160
Fax:  314-241-6116
tjm@heplerbroom.com

W. Jason Rankin
HeplerBroom LLC
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
618-307-1138
Fax:  618-656-1364
wrj@heplerbroom.com

                                      /s/ Anthony S. Bruning_____